1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    FELIX L. COLON,

11            Petitioner,                    No. CIV S-07-1400 LKK KJM P

12        vs.

13    K.V.S.P. WARDEN HEDGEPETH,

14            Respondent.                    ORDER

15    _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a

17    writ of habeas corpus pursuant to 28 U.S.C. § 2254.

18            Since petitioner may be entitled to relief if the claimed violation of constitutional

19    rights is proved, respondents will be directed to file a response to petitioner's amended habeas

20    petition.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1. Respondents are directed to file a response to petitioner's amended habeas

23    petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254

24    Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

25    issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

26    /////

                                              1

1           2.  If the response to the habeas petition is an answer, petitioner's reply, if any,

2 shall be filed and served within thirty days after service of the answer;

3           3.  If the response to the habeas petition is a motion, petitioner's opposition or

4 statement of non-opposition to the motion shall be filed and served within thirty days after

5 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

6 thereafter; and

7           4.  The Clerk of the Court shall serve a copy of this order together with a copy of

8 the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick

9 Farrell,  Senior Assistant Attorney General.

10 DATED:  December 5, 2007.

11 _____

12 U.S. MAGISTRATE JUDGE

13 2
colo1400.100

14

15

16

17

18

19

20

21

22

23

24

25

26