IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIX COLON,

        Petitioner,                    No. CIV S-07-1400 LKK KJM P

    vs.

K.V.S.P. WARDEN HEDGEPETH,

        Respondent.             ORDER

_____/

        On August 19, 2008, the district court directed petitioner to file an amended petition containing only the single claim it found to have been exhausted. On November 17, 2008, this court recommended that the action be dismissed because petitioner had not filed the amended petition. He had, in fact, filed the necessary document, before the district court entered its order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed November 17, 2008 are vacated; and

/////

/////

/////

/////

1

2. Respondents are directed to file an answer to petitioner's amended habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. This answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

DATED: December 11, 2008.

_____
U.S. MAGISTRATE JUDGE

2

colo1400.100+